IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. JACQUES,** <br><br> Plaintiff, <br><br> v. <br><br> **D. BAKER, et al.,** <br><br> Defendants. | Case No. 2:25-cv-0830-JDP <br><br> [PROPOSED] ORDER |

After considering Defendants' Motion to Opt Out of Early ADR (ECF No. 17), for good cause shown, Defendants' Motion is hereby **GRANTED**. Defendants shall file a responsive pleading within thirty days of this order.

IT IS SO ORDERED.

Dated:   August 15, 2025                              _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE

1