UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES, | Case No.  2:25-cv-0830-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| D. BAKER, *et al.*, | |
| Defendants. | |

On September 15, 2025, defendants moved to dismiss this action or, in the alternative, revoke plaintiff's application to proceed *in forma pauperis*.  ECF No. 19.  Plaintiff, after being threatened with dismissal for failure to prosecute, finally opposed the motion on February 13, 2026.  ECF No. 22.  Now, defendants have requested a fourteen-day extension to file a reply to that opposition.  ECF No. 24.  Their request will be granted.

It is ORDERED that defendants' motion for extension of time, ECF No. 24, is GRANTED.  Their reply to plaintiff's opposition is now due March 19, 2026.

IT IS SO ORDERED.

Dated:  ___March 13, 2026___               _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1